**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

Michael Festa, Jr.                                    Case No. 9-09-bk-09452-FMD
Mary K. Festa
Debtor(s)
_____/

**TRUSTEE'S NOTICE TO COURT OF COMPLETION OF
PAYMENTS UNDER CONFIRMED CHAPTER 13 PLAN
AND DEBTOR'S COMPLIANCE WITH COURT'S ORDER
TO FILE THE DOMESTIC SUPPORT CERTIFICATION
INCLUDING STATEMENT REGARDING 11 U.S.C § 522 (q)**

Jon M. Waage, Chapter 13 Standing Trustee, hereby submits his notice to the Court that with the latest distribution, the Debtor(s) have completed payments under their Chapter 13 Plan; the Court's docket reflects the Debtor(s) filed a Domestic Support Certification, including a statement regarding 11 U.S.C. § 522 (q) as required by the Court's Order Confirming Plan; and therefore, it would appear that the Debtor(s) would be entitled to their Discharge if all other requirements have been met.

Dated August 27, 2014.

/s/ Jon M. Waage
Jon M. Waage
Chapter 13 Standing Trustee
P.O. Box 25001
Bradenton, FL  34206-5001
Phone (941) 747-4644
Fax (941) 750-9266

JMW/cy

Copies furnished electronically or by U.S. Mail to:

Michael Festa, Jr.
Mary K. Festa
427 SW 39th Ave
Cape Coral, FL  33991

Robert L. Vaughn, Esquire
Law Office of Robert L. Vaughn, P.A.
2080 Collier Ave.
Fort Myers, FL  33901-